UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ANDREW JOY,<br><br>Defendant. | NO: 2:17-CR-0185-TOR<br><br>ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

BEFORE THE COURT is the parties' Stipulated Motion Re: Computer Forensic Review Procedures for Child Pornography Contraband (ECF No. 19) signed by Alison L. Gregoire, Assistant United States Attorney, and Matthew A. Campbell, counsel for Mr. Joy, and a Motion to Expedite (ECF No. 20). The parties have stipulated to the review procedure for the child pornography in this matter. Accordingly, the Court grants the motions.

///

///

ORDER GRANTING STIPULATED MOTION ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband (EFC No. 19) is **GRANTED.**

2. The Motion to Expedite (ECF No. 20) is **GRANTED.**

3. The computer forensic examination of the seized hard drive may be conducted according to the procedures stipulated between the parties.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and provide copies to counsel.

Dated October 31, 2017.



THOMAS O. RICE
Chief United States District Judge